

# Fourth Court of Appeals
## San Antonio, Texas

December 3, 2014

No. 04-14-00710-CV

**IN THE INTEREST OF M.B.R AND T.M.P., CHILDREN,**

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-00126
Honorable Richard Garcia, Judge Presiding

# O R D E R

Appellant has filed a motion to extend time to file his brief in this accelerated appeal. Because of the recent holidays, appellant's brief was due December 1, 2014 – as opposed to November 27, 2014, as stated in appellant's motion. Appellant now asks for an additional twenty days to file his brief. We **GRANT** appellant's motion and **ORDER** appellant to file his brief in this court on or before December 22, 2014.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of December, 2014.

Keith E. Hottle
Clerk of Court